UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JAMES MURPHY, for himself and on behalf of all other :
persons similarly situated, :
:
:
                              Plaintiff, :      21-CV-9417 (JMF)
:
       -v- :      ORDER
:
YOSSI MILO GALLERY, INC., :
:
                           Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's November 16, 2021 Order, ECF No. 4, the parties were required to file a joint letter, the contents of which are described therein, no later than two weeks after Defendant appeared in the case. Defendant entered a notice of appearance on December 9, 2021. ECF Nos. 9-10. To date, the parties have not filed the required joint letter. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **January 10, 2022**.

       SO ORDERED.

Dated: January 3, 2022
       New York, New York
                                                 JESSE M. FURMAN
                                          United States District Judge